ACCEPTED
06-14-00051-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 6:11:25 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00051-CR, 06-14-00058-CR, 06-14-00059-CR

| | | | |
|---|---|---|---|
| **STEVEN DEWAYNE PRUITT** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **v** | § | **6th COURT** | 1/5/2015 6:11:25 PM |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |

### MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2. The case below was styled the STATE OF TEXAS vs. STEVEN DEWAYNE PRUITT and numbered as 1323451, 1323452, 1323371.

3. In Cause No. 1323451, the Appellant was convicted Del Marijuana in a Drug Free Zone and sentenced by the judge to 2 years confinement in the penitentiary. In the remaining cause numbers, the Defendant was placed on community supervision by the judge.

4. The Appellee's brief is due on January 5, 2015. Appellee requests an extension time of approximately thirty (30) days from the present date, i.e. Monday, February 2, 2015.

6. No previous extensions to file the brief have been received by Appellee in this cause.

7. Appellee requests a thirty (30) day extension for the following reasons:

a. Appellee has taken advantage of the holidays and taken some time off starting December 24, 2014 until January 5, 2015; and

b. Appellee has been working on and trying to finalize the *Chapter 59 Asset Forfeiture Report* for the State of Texas.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By:     //s// Will Ramsay    
       Will Ramsay
       8th Judicial District Attorney
       State Bar No. 24039129
       P.O. Box 882
       110 Main Street
       Sulphur Springs, TX 75482
       Ph: (903) 885-0640
       Fax: (903) 885-0641
       wramsay@hopkinscountytx.org
       Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF was delivered via email to Martin Braddy, Attorney for Appellant, on January 5, 2015.

       //s//Will Ramsay       
       WILL RAMSAY—Attorney for the Appellee